IN THE UNITED STATES DISTRICT COURTS
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:19-cr-00147-LGW-CLR |
| ) | |
| DEVONTE TREMBLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Defendant, **RASHAD STANFORD**'s counsel, STEPHANIE O. BURGESS, having filed her Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: December 23, 2019 – December 27, 2019, February 19, 2020 – February 24, 2020, March 27, 2020 – April 6, 2020, and May 22, 2020 – June 2, 2020 is GRANTED.

This 30th day of October, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA