UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:19-CR-147 |
| | ) | |
| v. | ) | |
| | ) | |
| DEVONTE TREMBLE | ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, from December 29, 2019 through January 1, 2020. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED**, this 20th day of December 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA