UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:19-CR-147 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| DEVONTE TREMBLE | ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, from March 20, 2020. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

    **SO ORDERED**, this 23rd day of January 2020.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA